IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA D. STEWART                                                                        PLAINTIFF

VS.                            CASE NO. 4:06CV00717 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed, and the case is remanded for action consistent with the opinion..

SO ADJUDGED this 27th day of September, 2007.


_____
UNITED STATES MAGISTRATE JUDGE